Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
ecf@parsonsbehle.com

*Special Counsel for Walker Edison Furniture Company, LLC*

UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WALKER EDISON FURNITURE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>Defendants;<br><br>And<br><br>BLUE OWL CAPITAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT | **SECOND STIPULATION EXTENDING DEADLINE TO RESPOND TO OR OPPOSE MOTION TO TRANSFER VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**<br><br>Case No. 2:25-ap-02126-PH<br><br>Hon. Peggy Hunt |

|  |  |
|---|---|
| HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>    Defendants. |  |

Plaintiffs Walker Edison Furniture Co., LLC ("Walker Edison") and Blue Owl Capital Corporation ("Blue Owl", together with Walker Edison, the "Plaintiffs") and Defendants Brad Bonham; MB & BB Holdings, LLC; Matt Davis; Walker Edison Holding Company, LLC; Prospect Hill Growth Partners, L.P.; JWC-WE Holdco, LLC; JWC-WE Holdings, L.P.; Prospect Hill Growth Fund II, L.P.; Prospect Hill Growth Fund II Co-Invest, L.P.; Phil Damiano; Ken Murphy; Adam Suttin; Kyle Casella; and David Fiorentino (collectively, "Defendants"), by and through their undersigned counsel, hereby agree and stipulate with respect to the following:

WHEREAS, on August 28, 2025, Plaintiff Walker Edison filed a voluntary chapter 11 petition in the U.S. Bankruptcy Court for the District of Delaware;

WHEREAS, on September 9, 2025 Defendants removed these cases from the Third Judicial District Court for the County of Salt Lake, State of Utah (the "Utah State Court") to this Court and filed a Motion to Transfer Venue to the District of Delaware (the "Motion to Transfer");

WHEREAS, this Court set a hearing on the Motion to Transfer for November 3, 2025, with Plaintiffs' responses or objections due on or before September 29, 2025;

WHEREAS, Plaintiffs and Defendants are currently engaged in discussions regarding a consensual resolution of the Motion to Transfer, but such discussions may not be complete by October 10, 2025;

2

WHEREAS, Plaintiffs and Defendants previously agreed to extend by stipulation the deadline to file responses or objections to the Motion to October 10, 2025, and filed a stipulation on the docket, and, in light of the above, the parties agree that additional time is needed;

WHEREAS, Plaintiffs and Defendants agree that this stipulation is without prejudice to Plaintiffs' or Defendants' rights to seek to remand these cases to Utah State Court or oppose the same; therefore

THE PARTIES HEREBY STIPULATE AND AGREE that the Plaintiffs' deadline to file responses or objections to the Motion to Transfer shall be extended to October 17, 2025. The Defendants' deadline to file a reply in support of the Motion to Transfer shall be extended to October 30, 2025.

Respectfully Submitted,

**PARSONS BEHLE & LATIMER**

*/s/ Brian M. Rothschild*
Erik Christiansen, USB #7372
Alan Mouritsen, USB #13558
Brian M. Rothschild, USB #15316

201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
echristiansen@parsonsbehle.com
amouritsen@parsonsbehle.com
brothschild@parsonsbehle.com

*Co-Counsel for Walker Edison Furniture Company, LLC and Blue Owl Capital Corporation*

SPERLING KENNY NACHWALTER

/s/ *Greg Shinall (with permission)*
Greg Shinall*
Matthew H. Rice*

321 North Clark Street, 25th Floor
Chicago, Illinois 60654
(312) 641-3200
shinall@sperlingkenny.com
mrice@sperlingkenny.com

For defendants: Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, and Walker Edison Holding Co., LLC

PARR BROWN GEE & LOVELESS

/*s/ David C. Reymann (with permission)*
David C. Reymann
Kade N. Olsen
Carissa A. Ures

Salt Lake City, Utah 84111
(801) 532-7840
dreymann@parrbrown.com
kolsen@parrbrown.com
curesk@parrbrown.com

For defendants: Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, Walker Edison Holding Co., LLC, Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P.

PARKINSON BENSON POTTER LLP

/s/ *Brennan H. Moss (with permission)*
Brennan H. Moss
2750 Rasmussen Rd, Suite H-107
Park City, UT 84098
(801) 401-1608
brennan@pbplaw.com

For defendants: Brad Bonham, MB & BB Holdings, LLC, and Matt Davis

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ *William Clareman (with permission)*
William Clareman *
Geoffrey Chepiga*
Adam Savitt*
Vida Robinson*

1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
gchepiga@paulweiss.com
wclareman@paulweiss.com
asavitt@paulweiss.com
virobinson@paulweiss.com

For defendants: Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P.

*Motions for Pro Hac Vice Forthcoming.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of October, 2025 I caused a true and correct copy of the foregoing **SECOND STIPULATION EXTENDING DEADLINE TO RESPOND TO OR OPPOSE MOTION TO TRANSFER VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE** to be electronically filed and served via the Court's electronic filing system, which sent notice to the following:

- Joseph M.R. Covey    jcovey@parrbrown.com, calendar@parrbrown.com; lstumpf@parrbrown.com

- Brennan H. Moss    brennan@pbp.law, sirvin@atllp.com; ecf@atllp.com; brennan-moss-2380@ecf.pacerpro.com

**Manual Notice List**

None (no addresses provided)

1