# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WALKER EDISON FURNITURE COMPANY, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB& BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>　　　Defendants.<br><br>and<br><br>BLUE OWL CAPITAL CORP.<br><br>　　　Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON | **JOINT STIPULATION AND ORDER**<br><br>Case No. 25-02126<br><br>Hon. Peggy Hunt |

| | |
|---|---|
| HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>                    Defendants. | |

Defendants Brad Bonham, MB & BB Holdings, LLC, Matt Davis, Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, JWC-WE Holdings, L.P., Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, and Walker Edison Holding Company, LLC ("Defendants") and Plaintiffs Walker Edison Furniture Company, LLC ("Walker Edison") and Blue Owl Capital Corporation (together "Plaintiffs" and together with Defendants, the "Parties") respectfully submit this joint stipulation.

**WHEREAS**, Plaintiff Walker Edison filed suit against Defendants on March 30, 2023 and Plaintiff Blue Owl Capital Corporation ("Blue Owl") filed suit against the same Defendants on April 24, 2024 (the "Actions") in the Third Judicial District Court for the County of Salt Lake, State of Utah (the "Utah State Court").

**WHEREAS**, Plaintiff Walker Edison filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on August 28, 2025 (Case No. 25-11602);

**WHEREAS**, Defendants removed the Actions from Utah State Court to the United States Bankruptcy Court for the District of Utah and filed a motion to transfer venue to the United States

2

District Court for the District of Delaware, for referral to the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"), on September 9, 2025;

**WHEREAS**, transferring the Actions would be in the interest of justice and for the convenience of the Parties because it would permit the efficient supervision by the Delaware Bankruptcy Court of litigations involving a Debtor in the pending Chapter 11 cases already before the Delaware Bankruptcy Court;

**WHEREAS**, the Parties wish to consensually resolve the pending motion to transfer and jointly request transfer of the Actions;

**WHEREAS**, once transferred to the Delaware Bankruptcy Court, the parties have agreed to submit for the Delaware Bankruptcy Court's approval the attached Joint Stipulated Schedule, which includes a stipulation by all Parties to consent to and agree that the United States Bankruptcy Court for the District of Delaware may hear and enter final judgment on all claims in the Actions;

**WHEREAS**, both Blue Owl and Walker Edison reserve all rights to seek to remand some or all of the claims in the Actions to Utah State Court in the event that the Delaware Bankruptcy Court does not enter the Joint Stipulated Schedule and accept jurisdiction to hear and enter final judgment on all claims in the Actions, and Defendants agree that consenting to this Stipulation, the Joint Stipulated Schedule, and the proposed transfer will not in any way affect or impact Blue Owl and Walker Edison's rights in that regard;

**IT IS HEREBY STIPULATED** that, subject to the approval of this Court:

1. All Parties in the Walker Edison and Blue Owl actions consent to transfer of the Actions pursuant to 28 U.S.C. § 1412 to the United States District Court for the District of Delaware, for referral to the United States Bankruptcy Court for the District of Delaware.

2. Following transfer, the Parties will consent to and agree that the United States Bankruptcy Court for the District of Delaware may hear and enter final judgment on all claims in the Actions and that no claims in the Actions will be heard or determined by a jury, contingent upon entry by the Delaware Bankruptcy Court of the Joint Stipulated Schedule in substantially the form attached hereto.  In the event that the Delaware Bankruptcy Court declines to hear and enter final judgment on any or all claims in the Actions or does not enter the Joint Stipulated Schedule in substantially the form attached hereto, the Parties reserve all rights, including the right to seek a jury or to seek to remand the Actions to Utah State Court.

3. Except for agreements among the Parties related to discovery deadlines, all operative deadlines, including any applicable deadline for Blue Owl or Walker Edison to seek to remand the Actions to Utah State Court, shall be held in abeyance pending the submission by the Parties and entry by the Delaware Bankruptcy Court of the Joint Stipulated Schedule.

SO ORDERED.
###

| **PARR BROWN GEE & LOVELESS** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|

/s/ *David C. Reymann (with permission)*
David C. Reymann
Kade N. Olsen
Carissa A. Uresk

101 South 200 East, Suite 700
Salt Lake City, Utah 84111
(801) 532-7840
dreymann@parrbrown.com
kolsen@parrbrown.com
curesk@parrbrown.com

*For defendants*: Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, Walker Edison Holding Co., LLC, Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P.

/s/ *William Clareman (with permission)*
William Clareman *
Geoffrey Chepiga*
Adam Savitt*
Vida Robinson*

1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
gchepiga@paulweiss.com
wclareman@paulweiss.com
asavitt@paulweiss.com
virobinson@paulweiss.com

*For defendants*: Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P.

**SPERLING KENNY NACHWALTER**

/s/ *Greg Shinall (with permission)*
Greg Shinall*
Matthew H. Rice*

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603
(312) 641-3200
shinall@sperlingkenney.com
mrice@sperlingkenney.com

*For defendants*: Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, and Walker Edison Holding Co., LLC

**PARKINSON BENSON POTTER LLP**

/s/ *Brennan H. Moss (with permission)*
Brennan H. Moss

2750 Rasmussen Rd, Suite H-107
Park City, UT 84098
(801) 401-1608
brennan@pbplaw.com

*For defendants*: Brad Bonham, MB & BB Holdings, LLC, and Matt Davis

**Motions for Pro Hac Vice Forthcoming.*

5

PARSONS BEHLE & LATIMER

/s/ *Brian M. Rothschild*
Erik Christiansen, USB #7372
Alan Mouritsen, USB #13558
Brian M. Rothschild, USB #15316

201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
echristiansen@parsonsbehle.com
amouritsen@parsonsbehle.com
brothschild@parsonsbehle.com

*For Plaintiffs Walker Edison Furniture Co.
LLC and Blue Owl Capital Corporation*

6