**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| WALKER EDISON FURNITURE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BRAD BONHAM; MB& BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100, <br><br> Defendants. <br><br> and <br><br> BLUE OWL CAPITAL CORP. <br><br> Plaintiff, <br><br> v. <br><br> BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON | **JOINT STIPULATION AND ORDER** <br><br> Case No. 25-02126 <br><br> Hon. Peggy Hunt |

| HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>Defendants. | |

Defendants Brad Bonham, MB & BB Holdings, LLC, Matt Davis, Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, JWC-WE Holdings, L.P., Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, and Walker Edison Holding Company, LLC ("Defendants") and Plaintiffs Walker Edison Furniture Company, LLC ("Walker Edison") and Blue Owl Capital Corporation (together "Plaintiffs" and together with Defendants, the "Parties") respectfully submit this joint stipulation.

**WHEREAS**, Plaintiff Walker Edison filed suit against Defendants on March 30, 2023 and Plaintiff Blue Owl Capital Corporation ("Blue Owl") filed suit against the same Defendants on April 24, 2024 (the "Actions") in the Third Judicial District Court for the County of Salt Lake, State of Utah (the "Utah State Court").

**WHEREAS**, Plaintiff Walker Edison filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on August 28, 2025 (Case No. 25-11602);

**WHEREAS**, Defendants removed the Actions from Utah State Court to the United States Bankruptcy Court for the District of Utah and filed a motion to transfer venue to the United States

2

District Court for the District of Delaware, for referral to the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"), on September 9, 2025;

**WHEREAS**, transferring the Actions would be in the interest of justice and for the convenience of the Parties because it would permit the efficient supervision by the Delaware Bankruptcy Court of litigations involving a Debtor in the pending Chapter 11 cases already before the Delaware Bankruptcy Court;

**WHEREAS**, the Parties wish to consensually resolve the pending motion to transfer and jointly request transfer of the Actions;

**WHEREAS**, once transferred to the Delaware Bankruptcy Court, the parties have agreed to submit for the Delaware Bankruptcy Court's approval the attached Joint Stipulated Schedule, which includes a stipulation by all Parties to consent to and agree that the United States Bankruptcy Court for the District of Delaware may hear and enter final judgment on all claims in the Actions;

**WHEREAS**, both Blue Owl and Walker Edison reserve all rights to seek to remand some or all of the claims in the Actions to Utah State Court in the event that the Delaware Bankruptcy Court does not enter the Joint Stipulated Schedule and accept jurisdiction to hear and enter final judgment on all claims in the Actions, and Defendants agree that consenting to this Stipulation, the Joint Stipulated Schedule, and the proposed transfer will not in any way affect or impact Blue Owl and Walker Edison's rights in that regard;

**IT IS HEREBY STIPULATED** that, subject to the approval of this Court:

1. All Parties in the Walker Edison and Blue Owl actions consent to transfer of the Actions pursuant to 28 U.S.C. § 1412 to the United States District Court for the District of Delaware, for referral to the United States Bankruptcy Court for the District of Delaware.

2. Following transfer, the Parties will consent to and agree that the United States Bankruptcy Court for the District of Delaware may hear and enter final judgment on all claims in the Actions and that no claims in the Actions will be heard or determined by a jury, contingent upon entry by the Delaware Bankruptcy Court of the Joint Stipulated Schedule in substantially the form attached hereto.  In the event that the Delaware Bankruptcy Court declines to hear and enter final judgment on any or all claims in the Actions or does not enter the Joint Stipulated Schedule in substantially the form attached hereto, the Parties reserve all rights, including the right to seek a jury or to seek to remand the Actions to Utah State Court.

3. Except for agreements among the Parties related to discovery deadlines, all operative deadlines, including any applicable deadline for Blue Owl or Walker Edison to seek to remand the Actions to Utah State Court, shall be held in abeyance pending the submission by the Parties and entry by the Delaware Bankruptcy Court of the Joint Stipulated Schedule.

SO ORDERED.
###

**PARR BROWN GEE & LOVELESS**

/s/ *David C. Reymann (with permission)*
David C. Reymann
Kade N. Olsen
Carissa A. Uresk

101 South 200 East, Suite 700
Salt Lake City, Utah 84111
(801) 532-7840
dreymann@parrbrown.com
kolsen@parrbrown.com
curesk@parrbrown.com

*For defendants*: Adam Suttin, Phil
Damiano, Kyle Casella, David Fiorentino,
Ken Murphy, Walker Edison Holding Co.,
LLC, Prospect Hill Growth Fund II, L.P.,
Prospect Hill Growth Fund II Co-Invest,
L.P., Prospect Hill Growth Partners, L.P.,
JWC-WE Holdco, LLC, and JWC-WE
Holdings, L.P.

**SPERLING KENNY NACHWALTER**

/s/ *Greg Shinall (with permission)*
Greg Shinall*
Matthew H. Rice*

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603
(312) 641-3200
shinall@sperlingkenney.com
mrice@sperlingkenney.com

*For defendants*: Adam Suttin, Phil
Damiano, Kyle Casella, David Fiorentino,
Ken Murphy, and Walker Edison Holding
Co., LLC

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ *William Clareman (with permission)*
William Clareman *
Geoffrey Chepiga*
Adam Savitt*
Vida Robinson*

1285 Avenue of the Americas
New York, New York 10019
 (212) 373-3000
gchepiga@paulweiss.com
wclareman@paulweiss.com
asavitt@paulweiss.com
virobinson@paulweiss.com

*For defendants*: Prospect Hill Growth
Fund II, L.P., Prospect Hill Growth Fund
II Co-Invest, L.P., Prospect Hill Growth
Partners, L.P., JWC-WE Holdco, LLC, and
JWC-WE Holdings, L.P.

**PARKINSON BENSON POTTER LLP**

/s/ *Brennan H. Moss (with permission)*
Brennan H. Moss

2750 Rasmussen Rd, Suite H-107
Park City, UT 84098
(801) 401-1608
brennan@pbplaw.com

*For defendants*: Brad Bonham, MB & BB
Holdings, LLC, and Matt Davis

*\*Motions for Pro Hac Vice Forthcoming.*

/s/ *Brian M. Rothschild*
Erik Christiansen, USB #7372
Alan Mouritsen, USB #13558
Brian M. Rothschild, USB #15316

201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
echristiansen@parsonsbehle.com
amouritsen@parsonsbehle.com
brothschild@parsonsbehle.com

*For Plaintiffs Walker Edison Furniture Co.*
*LLC  and Blue Owl Capital Corporation*

**Attachment to Joint Stipulation and [Proposed] Order:**
**<u>Joint Stipulated Schedule for Delaware Bankruptcy Court</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WALKER EDISON HOLDCO LLC, *et al.*, | Case No. 25-11602 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| WALKER EDISON FURNITURE COMPANY, LLC, | Adv. Proc. No. 25-XXXXX (TMH) |
| Plaintiff, | |
| v. | |
| BRAD BONHAM; MB& BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100, | |
| Defendants. | |
| BLUE OWL CAPITAL CORP. | Adv. Proc. No. 25-XXXXX (TMH) |
| Plaintiff, | |
| v. | |
| BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH | |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Walker Edison Holdco LLC (8817); Walker Edison Intermediate, LLC (3363); Walker Edison Furniture Company LLC (6576); and EW Furniture, LLC (6288).  The Debtors' mailing address is 1553 W 9000 S, West Jordan, UT 84088.

PARTNERS, L.P.; JWC WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,

Defendants.

## JOINT STIPULATION RE CONSENT AND CASE SCHEDULE AND [PROPOSED] ORDER

Defendants Brad Bonham, MB & BB Holdings, LLC, Matt Davis, Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, JWC-WE Holdings, L.P., Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, and Walker Edison Holding Company, LLC ("Defendants") and Plaintiffs Walker Edison Furniture Company, LLC ("Walker Edison") and Blue Owl Capital Corporation (together "Plaintiffs" and together with Defendants, the "Parties") respectfully submit this joint stipulation.

**WHEREAS**, Plaintiff Walker Edison filed suit against Defendants on March 30, 2023 and Plaintiff Blue Owl Capital Corporation ("Blue Owl") filed suit against the same Defendants on April 24, 2024 (the "Actions") in the Third Judicial District Court for the County of Salt Lake, State of Utah (the "Utah State Court").

**WHEREAS**, Plaintiff Walker Edison filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on August 28, 2025 (Case No. 25-11602);

**WHEREAS**, Defendants removed the Actions from Utah State Court to the United States Bankruptcy Court for the District of Utah and filed a motion to transfer venue to the United States

3

District Court for the District of Delaware, for referral to the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"), on September 9, 2025;

**WHEREAS**, the motion to transfer venue and referral to the Delaware Bankruptcy Court was granted on [_____], 2025.

**WHEREAS**, the Parties have agreed to jointly submit for the Delaware Bankruptcy Court's approval the following Joint Stipulated Schedule, which includes an agreement by all Parties, contingent upon approval by this Court, to consent to and agree that the United States Bankruptcy Court for the District of Delaware may hear and enter final judgment on all claims in the Actions;

**WHEREAS**, both Blue Owl and Walker Edison reserve all rights to seek to remand some or all of the claims in the Actions to Utah State Court in the event that the Delaware Bankruptcy Court does not enter this stipulation and accept jurisdiction to hear and enter final judgment on all claims in the Actions, and Defendants agree that consenting to this Stipulation will not in any way affect or impact Blue Owl and Walker Edison's rights in that regard;

**IT IS HEREBY STIPULATED** that, subject to the approval of this Court:

1.    The Parties agree and consent to the following joint stipulated schedule:

| Event | Proposed Federal Deadline |
|---|---|
| Deadline for Walker Edison Complaint in Intervention in the Blue Owl case with respect to the fraudulent transfer claims | Within 10 days of the Delaware Bankruptcy Court's entry of this Stipulation |
| Deadline for Defendants' answer to Complaint in Intervention | Within 21 days of the filing of the Complaint in Intervention |

4

| Close of Fact Discovery | November 24, 2025 |
|---|---|
| Opening Expert Reports for party with the burden of proof on a claim or defense | January 16, 2026 |
| Rebuttal Expert Reports | February 13, 2026 |
| Close of Expert Discovery | March 13, 2026 |
| Pre-Trial Motions Due, including Summary Judgment Motions, if any | March 25, 2026 |
| Final Pre Trial Conference | April [23], 2026[2] |
| Trial | 8 days between April [27]-May [15], 2026[3] |

2.      Defendants will answer and not move to dismiss the fraudulent transfer claims in

Walker Edison's anticipated Complaint in Intervention that arise out of the facts

and circumstances as currently alleged in the Amended Complaint in the Blue Owl

Action. Defendants preserve all defenses to any claims brought by Plaintiffs,

including Walker Edison, and reserve their right to file any appropriate motion

directed at Plaintiffs or their claims on any basis, including a motion for judgment

on the pleadings and/or motion for summary judgment.  Plaintiffs, including

Walker Edison, preserve all arguments in opposition to any such defenses and

reserve their right to file any appropriate motion directed at the defendants,

including a motion for judgment on the pleadings and/or motion for summary

---

[2] Subject to the Court's availability.
[3] Subject to the Court's availability.

judgment. With respect to any such motions related to existing claims in the Actions or fraudulent transfer claims in Walker Edison's anticipated Complaint in Intervention that arise out of the facts and circumstances as currently alleged in the Amended Complaint in the Blue Owl Action, those motions will be brought when pre-trial motions are due. With respect to any such motions related to any other claims in Walker Edison's anticipated Complaint in Intervention (if any), those motions may be brought at any time following the answer deadline.

3. Upon the Court's entry of this Stipulation, all Parties consent to and agree that the United States Bankruptcy Court for the District of Delaware may hear and enter final judgment on all claims in the Actions and that a joint trial will be heard on all claims consistent with the schedule above or as otherwise set by this Court. In the event that the Court does not enter this Stipulation, the Parties reserve all rights, including the right to seek to remand the Actions to the Utah State Court.

Dated: [_____], 2025

SO ORDERED.

Dated: _____, 2025

_____

      Honorable Thomas Horan
      United States Bankruptcy Judge

**PARR BROWN GEE & LOVELESS**

/s/  [DRAFT]
David C. Reymann
Kade N. Olsen
Carissa A. Uresk


101 South 200 East, Suite 700
Salt Lake City, Utah 84111
(801) 532-7840
dreymann@parrbrown.com
kolsen@parrbrown.com
curesk@parrbrown.com


*For defendants*: Adam Suttin, Phil
Damiano, Kyle Casella, David Fiorentino,
Ken Murphy, Walker Edison Holding Co.,
LLC, Prospect Hill Growth Fund II, L.P.,
Prospect Hill Growth Fund II Co-Invest,
L.P., Prospect Hill Growth Partners, L.P.,
JWC-WE Holdco, LLC, and JWC-WE
Holdings, L.P.

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**

/s/  [DRAFT]
William Clareman
Geoffrey Chepiga
Adam Savitt
Vida Robinson


1285 Avenue of the Americas
New York, New York 10019
 (212) 373-3000
gchepiga@paulweiss.com
wclareman@paulweiss.com
asavitt@paulweiss.com
virobinson@paulweiss.com


*For defendants*: Prospect Hill Growth
Fund II, L.P., Prospect Hill Growth Fund
II Co-Invest, L.P., Prospect Hill Growth
Partners, L.P., JWC-WE Holdco, LLC, and
JWC-WE Holdings, L.P.

**SPERLING KENNY NACHWALTER**

/s/  [DRAFT]
Greg Shinall
Matthew H. Rice

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603
(312) 641-3200
shinall@sperlingkenney.com
mrice@sperlingkenney.com


*For defendants*: Adam Suttin, Phil
Damiano, Kyle Casella, David Fiorentino,
Ken Murphy, and Walker Edison Holding
Co., LLC

**PARKINSON BENSON POTTER LLP**

/s/  [DRAFT]
Brennan H. Moss

2750 Rasmussen Rd, Suite H-107
Park City, UT 84098
(801) 401-1608
brennan@pbplaw.com


*For defendants*: Brad Bonham, MB & BB
Holdings, LLC, and Matt Davis

8

**PARSONS BEHLE & LATIMER**

/s/ [DRAFT]
Erik Christiansen
Alan Mouritsen
Brian M. Rothschild

201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
echristiansen@parsonsbehle.com
amouritsen@parsonsbehle.com
brothschild@parsonsbehle.com

*For Plaintiffs Walker Edison Furniture Co.*
*LLC  and Blue Owl Capital Corporation*

**GIBSON, DUNN & CRUTCHER LLP**

/s/ [DRAFT]
Michael M. Farhang
C. Lee Wilson
Ryan S. Appleby

333 South Grand Avenue Los Angeles,
California 90071 Telephone: 213.229.7000
mfarhang@gibsondunn.com
lwilson@gibsondunn.com
rappleby@gibsondunn.com

*For Plaintiffs Walker Edison Furniture Co.,*
*LLC and Blue Owl Capital Corporation*

9