Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
ecf@parsonsbehle.com

*Special Counsel for Walker Edison Furniture Company, LLC*

UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WALKER EDISON FURNITURE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>Defendants;<br><br>And<br><br>BLUE OWL CAPITAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT | **MOTION TO APPROVE STIPULATION**<br><br>Case No. 2:25-ap-02126-PH<br><br>Hon. Peggy Hunt |



4937-0163-3397

| | |
|---|---|
| HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>Defendants. | |

Plaintiffs Walker Edison Furniture Co., LLC ("Walker Edison") and Blue Owl Capital Corporation ("Blue Owl", together with Walker Edison, the "Plaintiffs") and Defendants Brad Bonham; MB & BB Holdings, LLC; Matt Davis; Walker Edison Holding Company, LLC; Prospect Hill Growth Partners, L.P.; JWC-WE Holdco, LLC; JWC-WE Holdings, L.P.; Prospect Hill Growth Fund II, L.P.; Prospect Hill Growth Fund II Co-Invest, L.P.; Phil Damiano; Ken Murphy; Adam Suttin; Kyle Casella; and David Fiorentino (collectively, "Defendants"), by and through their undersigned counsel, hereby move the Court for approval of the filed *Joint Stipulation to Resolve the Motion to Transfer Venue* (Dkt. No. 25).

Respectfully Submitted,

**PARSONS BEHLE & LATIMER**

*<u>/s/ Brian M. Rothschild</u>*
Erik Christiansen, USB #7372
Alan Mouritsen, USB #13558
Brian M. Rothschild, USB #15316

201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
echristiansen@parsonsbehle.com

amouritsen@parsonsbehle.com
brothschild@parsonsbehle.com

*Co-Counsel for Walker Edison Furniture Company, LLC and Blue Owl Capital Corporation*

**SPERLING KENNY NACHWALTER**

*/s/ Greg Shinall (with permission)*
Greg Shinall*
Matthew H. Rice*

321 North Clark Street, 25th Floor
Chicago, Illinois 60654
(312) 641-3200
shinall@sperlingkenny.com
mrice@sperlingkenny.com

*For defendants*: Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, and Walker Edison Holding Co., LLC

**PARKINSON BENSON POTTER LLP**

*/s/ Brennan H. Moss (with permission)*
Brennan H. Moss
2750 Rasmussen Rd, Suite H-107
Park City, UT 84098
(801) 401-1608
brennan@pbplaw.com

*For defendants*: Brad Bonham, MB & BB Holdings, LLC, and Matt Davis

**PARR BROWN GEE & LOVELESS**

*/s/ David C. Reymann (with permission)*
David C. Reymann
Kade N. Olsen
Carissa A. Ures

Salt Lake City, Utah 84111
(801) 532-7840
dreymann@parrbrown.com
kolsen@parrbrown.com
curesk@parrbrown.com

*For defendants*: Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, Walker Edison Holding Co., LLC, Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P.

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ William Clareman (with permission)*
William Clareman *
Geoffrey Chepiga*
Adam Savitt*
Vida Robinson*

1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
gchepiga@paulweiss.com
wclareman@paulweiss.com
asavitt@paulweiss.com
virobinson@paulweiss.com

*For defendants*: Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P.

**Motions for Pro Hac Vice Forthcoming.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of October, 2025 I caused a true and correct copy of the foregoing **MOTION TO APPROVE STIPULATION** to be electronically filed and served via the Court's electronic filing system, which sent notice to the following:

- **Joseph M.R. Covey** jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **Brennan H. Moss** brennan@pbp.law, sirvin@atllp.com;ecf@atllp.com;brennan-moss-2380@ecf.pacerpro.com
- **Brian M. Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

**Manual Notice List**

None (no addresses provided)

*/s/ Brian M. Rothschild*



4937-0163-3397