**This order is SIGNED.**

**Dated: October 28, 2025**



**PEGGY HUNT**
**U.S. Bankruptcy Judge**



*aep*

Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
ecf@parsonsbehle.com

*Special Counsel for Walker Edison Furniture Company, LLC*

UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WALKER EDISON FURNITURE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>Defendants; | **ORDER GRANTING MOTION TO APPROVE STIPULATION; AND APPROVING JOINT STIPULATION TO RESOLVE THE MOTION TO TRANSFER VENUE**<br><br>Case No. 2:25-ap-02126-PH<br><br>Hon. Peggy Hunt |

1

| | |
|---|---|
| And<br><br>BLUE OWL CAPITAL CORPORATION<br><br>    Plaintiff,<br><br> v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>    Defendants. | |

The matters before the Court are the *Motion to Transfer Venue* (Dkt. No. 8); the *Joint Stipulation to Resolve the Motion to Transfer Venue* (Dkt. No. 25); and the *Motion to Approve Stipulation* (Dkt. No. 26) filed jointly by Plaintiffs Walker Edison Furniture Co., LLC and Blue Owl Capital Corporation and Defendants Brad Bonham; MB & BB Holdings, LLC; Matt Davis;Walker Edison Holding Company, LLC; Prospect Hill Growth Partners, L.P.; JWC-WE Holdco,LLC; JWC-WE Holdings, L.P.; Prospect Hill Growth Fund II, L.P.; Prospect Hill Growth Fund II Co-Invest, L.P.; Phil Damiano; Ken Murphy; Adam Suttin; Kyle Casella; and David Fiorentino.

Upon review of the Motion to Transfer, the Stipulation, the Motion to Approve the Stipulation, the record in this case, and the Court finding good cause appearing,

    IT IS HEREBY ORDERED:

    1.  The Motion is GRANTED.

    2.  The Stipulation is APPROVED.

4935-1610-0981

3. The November 3, 2025 hearing is stricken.

**[END OF ORDER]**

###

## **DESIGNATION OF PARTIES TO RECEIVE NOTICE OF ORDER**

Service of the foregoing *Order Granting Motion to Approve Stipulation; and Approving Joint Stipulation to Resolve the Motion to Transfer Venue* shall be served on the parties in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- **Joseph M.R. Covey**  jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **Brennan H. Moss**  brennan@pbp.law, sirvin@atllp.com;ecf@atllp.com;brennan-moss-2380@ecf.pacerpro.com
- **Brian M. Rothschild**  brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

*All parties on the Court's official matrix.*

           */s/ Brian M. Rothschild*

4935-1610-0981